

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00600-CR

JERRY CARTER A/K/A JERRY LEWIS CARTER JR.
v.
THE STATE OF TEXAS

On Appeal from the
396th District Court of Tarrant County, Texas
Trial Court Cause No. 1822000

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED.

We further order this decision certified below for observance.

September 25, 2025